**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDRA SOUTH,<br>Plaintiff,<br>v.<br>VOLKSWAGEN GROUP OF AMERICA, INC.; NEFTIN WESTLAKE VOLKSWAGEN; and DOES 1 through 10, inclusive,<br>Defendants. | Case No. 2:25-cv-05978-AJR<br>Hon. A. Joel Richlin<br>**~~[PROPOSED]~~ JUDGMENT** |

The Court, having considered Plaintiff's Request for Entry of Judgment and finding good cause therefore, hereby GRANTS the Entry of Judgment and ORDERS as follows:

1. Plaintiff ALEXANDRA SOUTH ("Plaintiff") accepted VOLKSWAGEN GROUP OF AMERICA, INC.'s Offer of Judgment Pursuant to Fed. R. Civ. P. 68 October 26, 2026.

2. Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $20,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: November 12, 2026

Hon. A. Joel Richlin
UNITED STATES DISTRICT JUDGE